UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-150-MOC
3:16-CR-221-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) ) | |
| Vs. | ) ) | **ORDER** |
| **DANIEL THOMAS BROYLES, SR**, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the Government's Motion to Continue Sentencing. (3:15cr221, Doc. No. 628; 3:22cr150, Doc. No. 21). Defendant opposes the Government's Motion.

The Government argues that a continuance is justified because (1) neither Fraud Section prosecutor is available for the November 16, 2023, sentencing date and (2) the Government will be unable to properly notify all victims prior to the sentencing date. (Id.). The Government notes that both cases before the Court "resulted in numerous individual victims with substantial financial losses, and who are entitled to timely notice of hearings and the right to be reasonably heard at sentencing under the Crime Victims Rights Act." (Id. at 1 citing 18 U.S.C. § 3771(a)(2) and (4)).

**IT IS HEREBY ORDERED** that Defendant **SHALL** respond to the Government's Motion (3:15cr221, Doc. No. 628; 3:22cr150, Doc. No. 21) no later than November 10, 2023. Defendant's response **SHALL** explain why this Court should not grant the Government's Motion in light of 18 U.S.C. § 3771(a)(2) and (4).

1

**SO ORDERED**.

Signed: November 7, 2023

*Max O. Cogburn Jr*
United States District Judge