UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-221-MOC
3:22-cr-150-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DANIEL THOMAS BROYLES, SR.,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Letter Motion to Correct Calculation of Credit for Time Served. (3:16-cr-221, Doc. No. 664; 3:22-cr-150, Doc. No. 46). In his motion, Defendant states that the Bureau of Prisons ("BOP") has failed to give him credit for time served.

Since filing the motion, Defendant has been released from BOP custody, and he is now on supervised release. The letter motion (3:16-cr-221, Doc. No. 664; 3:22-cr-150, Doc. No. 46) is therefore **DENIED** as **MOOT**.

Signed: December 16, 2024

Max O. Cogburn Jr.
United States District Judge